UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-08834 |
| Enrique Montano | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE WITH 180-DAY BAR FROM REFILING

This matter coming before the Court on the trustee's motion to dismiss, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case is dismissed pursuant to 11 U.S.C. § 1307(c).

IT IS FURTHER ORDERED that the Debtor, Enrique Montano, is prohibited from filing any case under Title 11 for a period of 180 days from the date of this order.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  July 06, 2018

**Prepared by:**

Glenn Stearns, Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532